# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOE HAND PROMOTIONS,
INC.,

      Plaintiff,

Case No. 8:25-cv-2867-KKM-SPF

v.

KAHWA HOOKAH LLC,
d/b/a/ KAHWA HOOKAH
LOUNGE, *and* FADI
HERBAWI,

      Defendants.

## ORDER

Plaintiff Joe Hand Promotions, Inc., moves for default judgment against all defendants on his claims for violations of the Communications Act of 1934, 47 U.S.C. §§ 553 and 605. (Doc. 20). On March 5, 2026, the United States Magistrate Judge entered a Report and Recommendation, recommending that plaintiff's motion be granted in part. R. & R. (Doc. 21). On March 24, 2026, the Court mailed copies of the Report and Recommendation to the defendants. The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and grants the motion for default judgment.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. Like the Magistrate Judge, I conclude that default judgment is appropriate against all non-appearing claimants who failed to file a claim or answer by the November 22, 2025 deadline to do so. *See* (Doc. 16).

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff Joe Hand Promotions' Motion for Default Judgment (Doc. 20) is **GRANTED in part and DENIED in part**.

2

3. The Clerk is directed to **ENTER** a final judgment by default in favor of Plaintiff Joe Hand Promotions, Inc., and against Defendants Kahwa Hookah, LLC, and Fadi Herbawi, jointly and severally, in the total amount of **$8,035.00**, consisting of: **$1,500.00** in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); **$4,500.00** in enhanced statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(ii); **$1,500.00** in attorney's fees; and **$535.00** in costs. within the established notice period.

4. The Clerk is directed to **CLOSE** this case and **TERMINATE** any pending motions or deadlines.

**ORDERED** in Tampa, Florida, on April 24, 2026.

Kathryn Kimball Mizelle
United States District Judge